JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DONNA TLASKY

### DEFENDANTS
HELZBERG DIAMOND SHOP, INC.

(b) County of Residence of First Listed Plaintiff  **Fairfield**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **Clay, MO**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
James K. Smith, Ventura, Ribeiro & Smith
235 Main Street, Danbury CT 06810 / 203-791-9040

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 USC 1332 - Diversity Jurisdiction**

Brief description of cause:
Plaintiff was caused to trip and fall on defendant's premises.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE  6-11-14

SIGNATURE OF ATTORNEY OF RECORD
James K. Smith

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DONNA TLASKY : | CIVIL ACTION NO. |
|    Plaintiff : | |
| V. : | |
| : | |
| HELZBERG DIAMOND SHOP, INC. : | |
|    Defendant : | |

## COMPLAINT & JURY TRIAL DEMAND

### INTRODUCTION

1. This case arises from injuries sustained as a result of a trip and fall at a **HELZBERG DIAMOND SHOP** in Danbury, Connecticut. The defendant, **HELZBERG DIAMOND SHOP, INC.**, its agents, servants and/or employees were careless and/or negligent in causing plaintiff, **DONNA TLASKY**, to trip, fall and sustain physical and mental injuries.

### PARTIES

2. At all times relevant hereto, plaintiff, **DONNA TLASKY,** was and still is a resident of the Town of New Fairfield, State of Connecticut.

3. At all times relevant hereto, defendant, **HELZBERG DIAMOND SHOP, INC.,** was, and still is, a foreign corporation incorporated in the State of Missouri and

which operated a jewelry store at 7 Backus Avenue, Danbury, Connecticut called **HELZBERG JEWELERS** (hereinafter **HELZBERG**).

## JURISDICTION AND VENUE

4.  Jurisdiction exists against the defendant pursuant to 28 USC, Section 1332 in that plaintiff is domiciled in, and is a citizen of the State of Connecticut and the defendant is incorporated in the State of Missouri and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.  Venue is proper pursuant to 28 USC Section 1391(3).

## STATEMENT OF FACTS

6.  On or about August 13, 2013, the plaintiff, **DONNA TLASKY**, was a patron at **HELZBERG**, located at 7 Backus Avenue, Danbury, Connecticut.

7.  While the plaintiff, **DONNA TLASKY**, was in the store, an employee of the defendant, **HELZBERG**, was vacuuming the premises and wanted to move the vacuum cord and told the plaintiff, **DONNA TLASKY**, to step back so the employee could move the cord.

8.  On said date and at said time, after the plaintiff, **DONNA TLASKY**, did as instructed, she tripped over the vacuum cleaner itself and fell back, striking her head upon a display case as she fell to the floor, suffering serious physical injuries.

## **CLAIM FOR RELIEF - NEGLIGENCE**

9. The fall and resulting injuries were caused by the negligence of the defendant, its agents, servants, and/or employees, in one or more of the following ways:

(a) In that defendant's agent, servant and/or employee created a defective, unsafe and dangerous condition by placing a vacuum cleaner on the floor while patrons were on the premises;

(b) In that defendant's agent, servant and/or employee did not tell the plaintiff, **DONNA TLASKY**, the vacuum cleaner was behind her when she asked the plaintiff to step back;

(c) In that the defendant's agent, servant and/or employee placed the vacuum cleaner behind the plaintiff, **DONNA TLASKY**, when the plaintiff could not see where the vacuum cleaner was placed;

(d) In that the defendant's agent, servant and/or employee placed the vacuum cleaner behind the plaintiff, **DONNA TLASKY**, when the defendant's agent, servant and/or employee knew or should have known the plaintiff would back up and trip over the vacuum cleaner, but failed to warn the plaintiff or move the vacuum cleaner;

(e) In that the defendant's agent, servant and/or employee failed to follow company policy and vacuumed while patrons were on the premises;

(f) In that defendant failed to properly train their agents, servants and/or employees to follow company policy and not vacuum while patrons were on the premises;

(g) In that defendant's agent, servant and/or employee failed to remedy the defective, unsafe and dangerous condition in a timely manner under all the

circumstances, then and there existing.

    10. As a direct and proximate result of the aforedescribed negligence, **DONNA TLASKY**, suffered the following injuries:

    (a)    scalp contusion;

    (b)    head pain;

    (c)    headaches;

    (d)    concussion;

    (e)    tinnitus;

    (f)    sleep disturbance;

    (g)    dizziness;

    (h)    nausea;

    (i)    cervical strain/sprain;

    (j)    pain radiating from neck into left arm;

    (k)    loss of normal cervical lordosis;

    (l)    right shoulder pain;

    (m)    right rib pain;

    (n)    abrasion on left forearm;

    (o)    right hip pain;

(p) left hip pain;

(q) low back pain;

(r) lumbar disc injury at L4-5;

(s) lumbar disc injury at L5-S1;

(t) post-traumatic lumbar joint dysfunction;

(u) myofascial pain syndrome;

(v) suffering, both physical and mental.

11. As a further direct and proximate result of the aforedescribed negligence, the plaintiff, **DONNA TLASKY,** incurred bills for medical care and treatment.

12. As a further direct and proximate result of the aforedescribed negligence, the plaintiff, **DONNA TLASKY,** may be forced to undergo further medical treatment, including surgery, and incur further medical bills.

13. As a further direct and proximate result of the aforedescribed negligence, the plaintiff, **DONNA TLASKY'S** abiliity to pursue and to enjoy her life's activities was impaired.

14. As a further direct and proximate result of the aforedescribed

negligence, the plaintiff, **DONNA TLASKY**, was forced to lose time from work and lose wages, and may, in the future, lose additional time from work and lose additional money, all to her financial loss.

WHEREFORE, the plaintiff claims:

(a) Monetary damages as to all counts within the jurisdiction of this Court for her pain, suffering, personal injuries and humiliation;

(b) Such other relief as this Court shall deem just and proper.

The Plaintiff,

By: _____
James K. Smith, Esq. / Federal Bar #04123
VENTURA, RIBEIRO & SMITH
235 Main Street
Danbury, Connecticut 06810
(203) 791-9040

Dated at Danbury, Connecticut:
June 10, 2014